

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SURF MOORE,

        Plaintiff,

vi.

NSA, *et al.*,

        Defendants.

Civil Action No. 19-3170 (UNA)

## MEMORANDUM OPINION

The trial court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *See Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). Having reviewed the complaint carefully, the Court concludes that what factual contentions are identifiable, such as the plaintiff's assertion that NSA "was obtaining information from [him] by surveillance wiretapping through [his] TV," Compl. ¶ 6, are baseless and wholly incredible.

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i). An Order is issued separately.

DATE: October 31, 2019

CHRISTOPHER R. COOPER
United States District Judge